IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



# MINUTE SHEET re: INITIAL APPEARANCE / CHANGE OF PLEA HEARING (UNCONTESTED/NON-EVIDENTIARY)

Date: May 1, 2017                                Court Time for JS10: 30 minutes

Judge: CHIEF JUDGE CLAY D. LAND                  Court Reporter: Betsy Peterson

Courtroom Deputy: Elizabeth S. Long              Interpreter: N/A

Case Number: 4:17-CR-20-CDL-001

UNITED STATES OF AMERICA                         AUSA: CRAWFORD SEALS

v.

GARY BRUCE HAMBY

Counsel: FRANK HOGUE

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- Participants identified / Defendant sworn
- Waiver of Indictment and Information filed with the clerk
- Defendant acknowledged understanding of waiver / rights / charge
- Defendant pled GUILTY
- The Court finds Defendant fully competent and capable of entering an informed plea. The plea of guilty is therefore accepted and the Defendant is adjudged guilty.
- Both the signed *Change of Plea* and the signed *Plea Agreement* were filed with the clerk.
- The Court set sentencing for August 22, 2017 at 9:30 am
- The defendant granted $10,000 unsecured bond pending sentencing (no PTS, but defendant must surrender passport).
- Hearing adjourned