# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 4:17-CR-20-CDL-MSH |
| : | |
| GARY BRUCE HAMBY : | |

## ORDER TO SEAL

On the 22nd day of May, 2019, came the United States of America and defendant Gary Hamby, through respective counsel of record, and moved the Court to seal the parties' corresponding joint motion and order. It appearing that the interests of justice will be served, it is accordingly.

**ORDERED** that the Clerk of Courts shall hereby **SEAL** the parties' corresponding joint motion and order until further order of the Court.

**DATED**: May 23, 2019

                                            s/Clay D. Land
                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE